UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>vs.<br><br>Sandra Rodriguez<br>  Defendant(s) | CRIMINAL NO. 08mj789<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/<u>Magistrate</u> Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).)

Arturo Gerardo Villa-Hernandez

DATED: 3/25/08

**LOUISA S. PORTER**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   Deputy Clerk